# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ARNOLD DEAN, INDIVIDUALLY, AND AS THE ADMINISTRATOR OF THE ESTATE OF NANCY DEAN, <br><br> Plaintiffs, <br><br> VS. <br><br> BIOMET, INC., BIOMET ORTHOPEDICS, LLC, BIOMET U.S. RECONSTRUCTION, LLC, AND BIOMET MANUFACTURING, LLC, <br><br> Defendants. | CASE NO. 6:19-cv-03245-MDH |

## ORDER OF DISMISSAL OF DEFENDANTS *WITH* PREJUDICE

THIS CAUSE came before the Court upon the Stipulation for Dismissal of Defendants *with* Prejudice (Doc. 33) by and between the Plaintiffs, Arnold Dean, Individually and as the Administrator of the Estate of Nancy Dean ("Plaintiffs"), and the Defendants, Biomet, Inc., Biomet Orthopedics, LLC, Biomet U.S. Reconstruction, LLC and Biomet Manufacturing, LLC ("Defendants"), and the Court having reviewed the Stipulation for Dismissal of Defendants *with* Prejudice, having reviewed the court file, and being otherwise fully advised in the premises, it is hereby:

**ORDERED** AND **ADJUDGED** that:

This case is hereby **DISMISSED *WITH* PREJUDICE** as to Defendants. Plaintiffs and Defendants shall each bear their/its own respective costs and attorneys' fees incurred in connection with this action.

1

**IT IS SO ORDERED.**

Dated: October 5, 2020　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Douglas Harpool*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**DOUGLAS HARPOOL**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**